UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-61106-CIV-COHN/SNOW

MICHELINE VOSGES, on her own
behalf and others similarly situated,

    Plaintiff,

v.

BROADSPIRE MANAGEMENT
SERVICES, INC.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [DE 39].  The Court has considered the Motion, as well as a copy of the settlement agreement submitted directly to the Court for *in camera* review, and is otherwise duly advised in the premises. Finding the settlement to be a fair and reasonable resolution of the claims raised in this litigation, it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Motion [DE 39] is **GRANTED**, and the above-captioned case is **DISMISSED with prejudice**, each party to bear its own attorneys' fees and costs.  It is further

**ORDERED AND ADJUDGED** that all pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 9th day of April, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record